# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC14 | E 2200240 | M. GUTIERREZ | 4576 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 04/28/2025  1431 | 18 USC 111(a)(1) |

Place of Offense
11201 BENTON STREET, LOMA LINDA, CA, 92357

Offense Description: Factual Basis for Charge          HAZMAT □

ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS.

### DEFENDANT INFORMATION

Last Name
LEWIS

First Name
QUENTRELL          MONTE

Street Address

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address FEDERAL BUILDING COURTROOM 1
3470 12TH, RIVERSIDE, CA, 92501.
CONTACT COURT ROOM DEPUTY CLERK
(951) 328-4455

Date _____
Time _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/07/2025 13:7   CVB SCAN 05/07/2025 13:7